# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALEXANDRIA IVY MANCE, ) | Case No. 1:21-CV-01678 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | THOMAS M. PARKER |
| ) | |
| BOZZO LLC, *et al.*, ) | |
| ) | **ORDER APPROVING FLSA** |
| Defendants. ) | **SETTLEMENT AGREEMENT** |
| ) | |

This case is now before the court on the parties' Joint Motion for Approval of Settlement, on terms memorialized in the parties' confidential agreement, separately filed.  ECF Doc. 18.

The court finds that the proposed settlement is fair, reasonable, and eliminates the cost and uncertainty of further litigation of the plaintiff's claims – including plaintiff's claim for unpaid overtime compensation – and of defendants' defenses thereto.  The settlement agreement satisfies the standard for approval of settlements under § 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b) and resolves a bona fide dispute under the FLSA.

Accordingly, having reviewed the motion, the pleadings, and other papers on file in this case, and for good cause established herein, the court enters this order approving the settlement of this matter, including the settlement payments, on the terms and conditions recited in the parties' Settlement Agreement and Release of FLSA Claims.  Further, this action is hereby dismissed with prejudice.  The court retains jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: August 12, 2022

/s/ Thomas M. Parker
Thomas M. Parker
United States Magistrate Judge